UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Case No. 2:25-cr-20542

vs.

Hon. Robert J. White

Emigdio Gonzalez-Pano,

Defendant.

_____/

## Findings of Fact and Conclusions of Law Following Nonjury Trial

On May 5, 2026, this Court held a nonjury trial at the parties' request. The Court has reviewed the exhibits, testimony, and the parties' stipulations. After considering the foregoing in their totality, the Court finds as follows:

1. Defendant is a citizen of Mexico, and not a citizen or national of the United States.

2. Defendant was excluded, deported, or removed from the United States on or about August 6, 2008.

3. Defendant was found in Sterling Heights, in the Eastern District of Michigan, on or about July 1, 2025; and

4. Defendant did not obtain the express permission of the attorney general or the secretary of homeland security to reapply for admission to enter the United States.

Accordingly, the Court finds Defendant guilty of the offense of unlawful reentry following removal, 8 U.S.C. § 1326(a). The matter will proceed to sentencing.

Dated: 5/5/2026

HON. ROBERT J. WHITE
UNITED STATES DISTRICT JUDGE

2