UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.

EMIGDIO GONZALEZ-PANO,

     Defendant.

Case No. 25-cr-20542

Honorable Robert J. White

**ORDER GRANTING DEFENDANT'S APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**

A federal grand jury indicted Emigdio Gonzalez-Pano on a single count of unlawfully reentering the United States. (ECF No. 12).  The Court conducted a bench trial, found Gonzalez-Pano guilty of the charged offense, and sentenced him to time served. (ECF Nos. 38, 45).  Gonzalez-Pano now moves to proceed on appeal without prepaying the filing fee.[1] (ECF No. 47).

---

[1] It is unclear why Gonzalez-Pano filed the current application since it has already been "determined" that he is "financially unable to obtain an adequate defense in a criminal case." Fed. R. App. P. 24(a)(3). (ECF No. 5).  And such defendants "may proceed on appeal in forma pauperis without further authorization" barring circumstances that are not present here. Fed. R. App. P. 24(a)(3).  At any rate, the Court will decide the application.

When an appellant is indigent, the United States Court of Appeals for the Sixth Circuit typically grants pauper status as a matter of course without first evaluating the merit of the appeal. *See United States v. Deaton*, 349 F.2d 664, 666 (6th Cir. 1965) (per curiam).  An appellant seeking pauper status need not establish that he is "absolutely destitute." *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948).  "[T]he question is whether the court costs can be paid without undue hardship." *Foster v. Cuyahoga Dep't of Health & Hum. Servs.*, 21 F. App'x 239, 240 (6th Cir. 2001) (citation omitted).

Because Gonzalez-Pano's financial affidavit and the information in his amended presentence report (ECF No. 43) both indicate that he cannot pay the costs of an appeal without undue hardship, it is hereby,

ORDERED that Gonzalez-Pano's motion to proceed on appeal without prepaying the filing fee (ECF No. 47) is granted.

Dated: June 17, 2026                                    s/ Robert J. White
                                                        Robert J. White
                                                        United States District Judge